# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WESTERN HEALTHCARE, LLC | § § | |
| V. | § § | CASE NO. 3:18-CV-2678-S |
| BROOKLYN URGENT CARE, PLLC, ET AL., | § § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Default Judgment [ECF No. 11], is **GRANTED**.

**SO ORDERED.**

SIGNED August 2, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**